UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

MILTON MURRAY,

               Plaintiff,                         Case No. 2:05-cv-40

v.                                             Hon. Richard Alan Enslen

BARBARA BOUCHARD,

               Defendant.

_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 8, 2005, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that plaintiff's complaint is **DISMISSED** for the reasons stated in the Report and Recommendation.

Dated in Kalamazoo, MI:               /s/Richard Alan Enslen
January 4, 2006                 Richard Alan Enslen
                                Senior United States District Judge